For these reasons, we reverse. Jurisdiction relinquished.

6. We do not reach the question of prejudice since there is no delay attributable to Penn-

Chief Justice CAPPY, and Justice CASTILLE, Justice NEWMAN and Justice SAYLOR and BAER join the opinion.

Former Justice NIGRO did not participate in the decision of this case.

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Jose Antonio MARRERO, Appellant.**

Supreme Court of Pennsylvania.

Submitted Aug. 28, 2003.

Decided Nov. 21, 2006.

Michael Wiseman, Esq., Philadelphia, Jose Antonio Marrero.

James Kenneth Vogel, Esq., Amy Zapp, Esq., Erie, for Commonwealth of Pennsylvania.

BEFORE: CAPPY, C.J., and CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER and BALDWIN, JJ.

DOT, instantly.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of November, 2006, we **VACATE** the Order of the Court of Common Pleas of Erie County and **RE-MAND** for proceedings consistent with *Commonwealth v. Miller,* 585 Pa. 144, 888 A.2d 624 (2005).

Chief Justice CAPPY, and Justice CASTILLE, SAYLOR, EAKIN and BAER and Justice BALDWIN join the per curiam remand.